UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver of Darby Bank & Trust Co.*, | ) ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV413-245 |
| WALTER B. BOWDEN et al., | ) ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of Beth A. Stewart and Ryan T. Scarborough of the law firm of Williams and Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005, for permission to appear pro hac vice on behalf of defendant Walter B. Bowden, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Beth A. Stewart and Ryan T. Scarborough as counsel of record for defendant Walter B. Bowden, in this case.

**SO ORDERED** this __14th__ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA