UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver for Darby Bank & Trust Co.*, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-245 |
| WILLIAM E. BEDINGFIELD et al., | ) |
| Defendants. | ) |

## ORDER

The Court having reviewed and considered the petitions of Barry D. Hovis and Walter J.R. Traver of the law firm of Musick, Peeler & Garrett LLP, 601 California Street, Suite 1250, San Francisco, California 94108, for permission to appear pro hac vice on behalf of defendant William E. Bedingfield et al., in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter Barry D. Hovis and Walter J.R. Traver as counsel of record for defendant William E. Bedingfield et al., in this case.

**SO ORDERED** this __1st__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA