UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver for Darby Bank & Trust Co.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. CV413-245 |
| WALTER B. BOWDEN et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

The Court having reviewed and considered the petition of Elise M. Baumgarten of the law firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington. D.C. 20005, for permission to appear pro hac vice on behalf of defendant Walter B. Bowden, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Elise M. Baumgarten as counsel of record for defendant Walter B. Bowden, in this case.

**SO ORDERED** this __28th__ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA