UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, *as Receiver for Darby Bank & Trust Co.*, | )<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. CV413-245 |
| WALTER B. BOWDEN et al., | )<br>)<br>) |
| Defendants. | ) |

## **ORDER**

The Court having reviewed and considered the petition of Amber N. Robichaux of the law firm of Keegan, DeNicola, Kiesel, Bagwell, Juban & Lowe, LLC, 5555 Hilton Avenue, Suite 205, Baton Rouge, Louisiana 70808 for permission to appear pro hac vice on behalf of plaintiff Federal Deposit Insurance Corporation as Receiver for Darby Bank & Trust Co., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Amber N. Robichaux, as counsel of record for plaintiff Federal Deposit Insurance Corporation as Receiver for Darby Bank & Trust Co., in this case.

**SO ORDERED** this __29th__ day of June, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA